IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

JAN 11  5 16 PM '06

RALPH L. DELOACH
BY _____ DEPUTY
AT WICHITA, KS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Action |
| v. | No. 06-10002-01-MLB |
| RICHARD LAMMERS, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Beginning in January of 2005 and continuing to July of 2005, within the District of Kansas,

**RICHARD LAMMERS,**

the defendant, did knowingly and willfully, while employed as the Business Agent/Financial Secretary of the Bakery, Confectionery, Tobacco Workers and Grain Millers Local 99-G, Wichita, Kansas, embezzle and steal monies, that is he stole $4,946.36 belonging to the Bakery, Confectionery, Tobacco Workers and Grain Millers Local 99-G.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

1/10/06
DATE

_____
FOREMAN OF THE GRAND JURY

ERIC F. MELGREN, Bar No. 12430
UNITED STATES ATTORNEY
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481

[It Is Requested That Jury Trial Be Held in Wichita, Kansas.]

Returned in open court this 11th day of January, 2006.

Donald W Bostwick
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE